UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

In Re: §
 §
ENVISION LAGRANGE LLC § Case No. 08-10012
 §
 Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES G. BAKER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 266.96 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 241,240.44 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 485,337.16 | |

3) Total gross receipts of $ 726,577.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 726,577.60 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,646,517.20 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 539,932.82 | 485,337.16 | 485,337.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,951,382.28 | 1,297,918.49 | 1,297,918.49 | 241,240.44 |
| **TOTAL DISBURSEMENTS** | $ 6,597,899.48 | $ 1,837,851.31 | $ 1,783,255.65 | $ 726,577.60 |

    4)  This case was originally filed under chapter 11 on  01/01/2008 , and it was converted to chapter 7 on  11/10/2009 .  The case was pending for 103 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/09/2018          By:/s/JAMES G. BAKER
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CD Community Bank & Trust | 1129-000 | 50,000.00 |
| Judgement claim from 08-AP-1020 | 1249-000 | 200,000.00 |
| Settling Defendants Funds from 08-AP-1020 | 1249-000 | 476,261.21 |
| Post-Petition Interest Deposits | 1270-000 | 316.39 |
| **TOTAL GROSS RECEIPTS** | | **$ 726,577.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comm. Bank & Trust | | 930,000.00 | NA | NA | 0.00 |
| | Frontier Bank | | 2,716,517.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 3,646,517.20 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES G. BAKER | 2100-000 | NA | 39,578.88 | 39,578.88 | 39,578.88 |
| JAMES G. BAKER | 2200-000 | NA | 10.97 | 10.97 | 10.97 |
| Union Bank | 2600-000 | NA | 21,185.89 | 21,185.89 | 21,185.89 |
| Union Bank of California | 2600-000 | NA | 10,062.72 | 10,062.72 | 10,062.72 |
| United States Treasury | 2810-000 | NA | 32,440.11 | 32,440.11 | 32,440.11 |
| Office of the U. S. Trustee | 2950-000 | NA | 1,625.00 | 1,625.00 | 1,625.00 |
| James G. Baker P. C. | 3110-000 | NA | 28,556.00 | 28,556.00 | 28,556.00 |
| James G. Baker P. C. | 3120-000 | NA | 184.38 | 184.38 | 184.38 |
| Mann Wooldridge Kneidel P. . C | 3210-000 | NA | 96,086.25 | 96,086.25 | 96,086.25 |
| Mann Wooldridge Kneidel P. . C | 3220-000 | NA | 605.62 | 605.62 | 605.62 |
| Stonebridge Accounting Strategies, Inc. | 3410-000 | NA | 10,005.00 | 10,005.00 | 10,005.00 |
| Stonebridge Accounting Strategies, Inc. | 3420-000 | NA | 400.68 | 400.68 | 400.68 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Levine, Block & Strickland, LLP | 3701-000 | NA | 244,595.66 | 190,000.00 | 190,000.00 |
| Llp Levine Block & Strickland | 3701-000 | NA | 35,000.00 | 35,000.00 | 35,000.00 |
| Levine, Block & Strickland, LLP | 3702-000 | NA | 19,595.66 | 19,595.66 | 19,595.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 539,932.82 | $ 485,337.16 | $ 485,337.16 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Southeastern Environmental Contractors |  | 60,210.00 | NA | NA | 0.00 |
| 1 | A & R Engineering | 7100-000 | 8,308.90 | 8,308.90 | 8,308.90 | 1,544.35 |
| 6 | Diverse Power | 7100-000 | 299.38 | 299.38 | 299.38 | 55.65 |
| 7 | Esteb & Associates, Llc | 7100-000 | NA | 1,071.05 | 1,071.05 | 199.08 |
| 4 | Fbl Enterprises, Inc. | 7100-000 | 650,000.00 | 650,000.00 | 650,000.00 | 120,813.66 |
| 3 | Lost Lake Builders, Inc. | 7100-000 | 17,000.00 | 17,000.00 | 17,000.00 | 3,159.74 |
| 2 | Paramount Engineering | 7100-000 | 7,000.00 | 9,209.56 | 9,209.56 | 1,711.75 |
| 5 | Rbc Centura Bank N/K/A Rbc Bank (Usa) | 7100-001 | 2,208,564.00 | 612,029.60 | 612,029.60 | 113,756.21 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 2,951,382.28 | $ 1,297,918.49 | $ 1,297,918.49 | $ 241,240.44 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 08-10012 | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | JAMES G. BAKER |
|---|---|---|---|---|---|---|
| Case Name: | ENVISION LAGRANGE LLC | | | | Date Filed (f) or Converted (c): | 11/10/2009 (c) |
| | | | | | 341(a) Meeting Date: | 12/29/2009 |
| For Period Ending: | 05/30/2018 | | | | Claims Bar Date: | 09/11/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account Frontier Bank | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. Money market account-RBC Centura | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. Checking account Community Bank & Trust | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Checking account Bank of Coweta | 266.96 | 266.96 | OA | 0.00 | FA |
| 5. CD Community Bank & Trust | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| 6. Settling Defendants Funds from 08-AP-1020 (u) | 0.00 | 476,261.21 | | 476,261.21 | FA |
| 7. Judgement claim from 08-AP-1020 (u) | 0.00 | 1,418,899.16 | | 200,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 316.39 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $50,266.96    $1,945,427.33    $726,577.60    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order entered 3/30/10 granting Motion for Turnover of funds being held by settling defendant's former counsel. Trustee negotiated compromise with counsel for Synergy in Chapter 11 Case No. 12-11609, order entered 6/17/15 granting compromise. TFR prepared and submitted to UST. Disbursement checks sent to creditors. Once all checks have cleared, Trustee will prepare TDR to submit to UST.

| RE PROP # | 5 | -- | negotiated with Community Bank & Trust and GA DOT to release lien for which CD was being held as collateral. |
| RE PROP # | 6 | -- | Per Consent Order dated 3/30/10, funds from former counsel for settling defendants. |
| RE PROP # | 7 | -- | Synergy Investments Group, LLC filed Chapter 11 on 6/4/12 (Case #12-11609). Trustee has conducted post-judgement discovery as to all defendants and negotiated compromise. |

Initial Projected Date of Final Report (TFR): 12/31/2012         Current Projected Date of Final Report (TFR): 12/31/2016

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-10012  
Case Name: ENVISION LAGRANGE LLC  
Taxpayer ID No: XX-XXX8765  
For Period Ending: 05/30/2018  

Trustee Name: JAMES G. BAKER  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX3763  
Checking Account  
Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/10 | 6 | Newton & Howell, PC<br>PO Box 551<br>Griffin, GA 30224 | per Order 3/30/10, settling defendants funds | 1249-000 | $476,261.21 | | $476,261.21 |
| 04/30/10 | INT | Union Bank of California | Interest Rate  0.100 | 1270-000 | $24.78 | | $476,285.99 |
| 05/28/10 | INT | Union Bank of California | Interest Rate  0.100 | 1270-000 | $36.51 | | $476,322.50 |
| 06/30/10 | INT | Union Bank of California | Interest Rate  0.100 | 1270-000 | $43.07 | | $476,365.57 |
| 07/30/10 | INT | Union Bank of California | Interest Rate  0.100 | 1270-000 | $45.02 | | $476,410.59 |
| 08/31/10 | INT | Union Bank of California | Interest Rate  0.100 | 1270-000 | $41.76 | | $476,452.35 |
| 09/30/10 | INT | Union Bank of California | Interest Rate  0.100 | 1270-000 | $39.15 | | $476,491.50 |
| 10/29/10 | INT | Union Bank of California | Interest Rate  0.100 | 1270-000 | $37.85 | | $476,529.35 |
| 11/30/10 | INT | Union Bank of California | Interest Rate  0.050 | 1270-000 | $22.17 | | $476,551.52 |
| 12/31/10 | INT | Union Bank of California | Interest Rate  0.050 | 1270-000 | $20.21 | | $476,571.73 |
| 01/31/11 | INT | Union Bank of California | Interest Rate  0.000 | 1270-000 | $5.87 | | $476,577.60 |
| 03/28/11 | 301 | Levine, Block & Strickland, LLP<br>Centrum at Glendridge<br>780 Johnson Ferry Road<br>Suite 240<br>Atlanta, GA 30342 | Per Order entered 3/25/11 granting Application for Compensation.<br>per Order, Docket Entry No. 178 - Interim Distribution | 3701-000 | | $190,000.00 | $286,577.60 |
| 09/26/11 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $703.07 | $285,874.53 |
| 10/25/11 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $703.07 | $285,171.46 |
| 11/25/11 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $700.62 | $284,470.84 |
| 12/27/11 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $700.62 | $283,770.22 |

Page Subtotals:  $476,577.60   $192,807.38

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-10012  
Case Name: ENVISION LAGRANGE LLC  
Taxpayer ID No: XX-XXX8765  
For Period Ending: 05/30/2018  

Trustee Name: JAMES G. BAKER  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX3763  
Checking Account  
Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $698.16 | $283,072.06 |
| 02/27/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $695.70 | $282,376.36 |
| 03/26/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $695.70 | $281,680.66 |
| 04/25/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $693.24 | $280,987.42 |
| 05/25/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $690.78 | $280,296.64 |
| 06/25/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $688.32 | $279,608.32 |
| 07/25/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $688.32 | $278,920.00 |
| 08/27/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $685.87 | $278,234.13 |
| 09/25/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $683.41 | $277,550.72 |
| 10/25/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $683.41 | $276,867.31 |
| 11/26/12 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | $352.43 | $276,514.88 |
| 12/26/12 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $340.34 | $276,174.54 |
| 01/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $351.23 | $275,823.31 |
| 02/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $351.74 | $275,471.57 |
| 03/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $370.22 | $275,101.35 |
| 04/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $409.31 | $274,692.04 |
| 05/28/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $395.58 | $274,296.46 |

Page Subtotals: $0.00   $9,473.76

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-10012  
Case Name: ENVISION LAGRANGE LLC  
Taxpayer ID No: XX-XXX8765  
For Period Ending: 05/30/2018  

Trustee Name: JAMES G. BAKER  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX3763  
Checking Account  
Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $408.20 | $273,888.26 |
| 07/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $394.42 | $273,493.84 |
| 08/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $406.95 | $273,086.89 |
| 09/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $406.38 | $272,680.51 |
| 10/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $392.68 | $272,287.83 |
| 11/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $405.15 | $271,882.68 |
| 12/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $391.53 | $271,491.15 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $403.99 | $271,087.16 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $403.42 | $270,683.74 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.85 | $270,319.89 |
| 03/31/14 | 302 | James G. Baker 305 North Greenwood Street LaGrange, GA 30240 | Per Order 3/31/14, Trustee Fees, Interim Distribution | 2100-000 | | $14,236.34 | $256,083.55 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $402.19 | $255,681.36 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $368.22 | $255,313.14 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $379.93 | $254,933.21 |

Page Subtotals: $0.00   $19,363.25

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-10012  
Case Name: ENVISION LAGRANGE LLC  
Taxpayer ID No: XX-XXX8765  
For Period Ending: 05/30/2018  

Trustee Name: JAMES G. BAKER  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX3763  
Checking Account  
Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $367.12 | $254,566.09 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $378.78 | $254,187.31 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $378.23 | $253,809.08 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $365.50 | $253,443.58 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $377.15 | $253,066.43 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $364.43 | $252,702.00 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $376.03 | $252,325.97 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $375.48 | $251,950.49 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $338.67 | $251,611.82 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $374.36 | $251,237.46 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $361.83 | $250,875.63 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $373.31 | $250,502.32 |
| 07/23/15 | 7 | Mann Wooldridge & Kneidel | Per Order 6/17/15, compromise | 1249-000 | $200,000.00 | | $450,502.32 |

Page Subtotals: $200,000.00  $4,430.89

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-10012  
Case Name: ENVISION LAGRANGE LLC  
Taxpayer ID No: XX-XXX8765  
For Period Ending: 05/30/2018  

Trustee Name: JAMES G. BAKER  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX3763  
Checking Account  
Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $360.74 | $450,141.58 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $448.95 | $449,692.63 |
| 09/09/15 | 5 | Community Bank & Trust | CD | 1129-000 | $50,000.00 | | $499,692.63 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $668.90 | $499,023.73 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $696.97 | $498,326.76 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $741.50 | $497,585.26 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $716.56 | $496,868.70 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $739.42 | $496,129.28 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $736.23 | $495,393.05 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $687.76 | $494,705.29 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $734.06 | $493,971.23 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $709.41 | $493,261.82 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $731.95 | $492,529.87 |

Page Subtotals: $50,000.00 $7,972.45

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-10012 | Trustee Name: JAMES G. BAKER |
| Case Name: ENVISION LAGRANGE LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX3763 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8765 | Blanket Bond (per case limit): $30,390,000.00 |
| For Period Ending: 05/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $707.41 | $491,822.46 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $729.81 | $491,092.65 |
| 12/29/16 | 303 | United States Treasury | Per Order 12/29/16, Docket No. 203, Tax Period 2009 | 2810-000 | | $4,288.37 | $486,804.28 |
| 12/29/16 | 304 | United States Treasury | Per Order 12/29/16, Docket No. 203, Tax Period 2010 | 2810-000 | | $9,395.87 | $477,408.41 |
| 12/29/16 | 305 | United States Treasury | Per Order 12/29/16, Docket No. 203, Tax Period 2011 | 2810-000 | | $9,395.87 | $468,012.54 |
| 12/29/16 | 306 | United States Treasury | Per Order 12/29/16, Docket No. 203, Tax Period 2012 | 2810-000 | | $9,360.00 | $458,652.54 |
| 04/06/17 | 307 | JAMES G. BAKER<br>CHAPTER 7 TRUSTEE<br>305 NORTH GREENWOOD STREET<br>LAGRANGE, GA  30240 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $25,342.54 | $433,310.00 |
| 04/06/17 | 308 | JAMES G. BAKER<br>CHAPTER 7 TRUSTEE<br>305 NORTH GREENWOOD STREET<br>LAGRANGE, GA  30240 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $10.97 | $433,299.03 |
| 04/06/17 | 309 | Office of the U. S. Trustee<br>US Trustee Region 21<br>Office of the US Trustee<br>75 Spring Street, Suite 362<br>Atlanta, GA  30303 | Final distribution representing a payment of 100.00 % per court order. | 2950-000 | | $1,625.00 | $431,674.03 |
| 04/06/17 | 310 | James G. Baker P. C.<br>305 North Greenwood St.<br>LaGrange, GA  30240 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $28,556.00 | $403,118.03 |
| 04/06/17 | 311 | James G. Baker P. C.<br>305 North Greenwood St.<br>LaGrange, GA  30240 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $184.38 | $402,933.65 |
| 04/06/17 | 312 | Mann Wooldridge Kneidel P. . C<br>P. O. Box 310<br>Newnan, GA 30264 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $96,086.25 | $306,847.40 |

| | | | | Page Subtotals: | $0.00 | $185,682.47 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-10012　　　　　　　　　　　　　　　　　　　　　　Trustee Name: JAMES G. BAKER
Case Name: ENVISION LAGRANGE LLC　　　　　　　　　　　　　Bank Name: Union Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX3763
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking Account
Taxpayer ID No: XX-XXX8765　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $30,390,000.00
For Period Ending: 05/30/2018　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/17 | 313 | Mann Wooldridge Kneidel P. . C<br>P. O. Box 310<br>Newnan, GA 30264 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $605.62 | $306,241.78 |
| 04/06/17 | 314 | Stonebridge Accounting Strategies, Inc.<br>P. O. Box 1290<br>Grayson, GA  30017 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $10,005.00 | $296,236.78 |
| 04/06/17 | 315 | Stonebridge Accounting Strategies, Inc.<br>P. O. Box 1290<br>Grayson, GA  30017 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $400.68 | $295,836.10 |
| 04/06/17 | 316 | Llp Levine Block & Strickland<br>Levine, Block & Strickland<br>P. O. Box 422148<br>Atlanta, GA 30342 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 3701-000 | | $35,000.00 | $260,836.10 |
| 04/06/17 | 317 | Levine, Block & Strickland, LLP<br>P. O. Box 422148<br>Atlanta, GA 30342 | Final distribution representing a payment of 100.00 % per court order. | 3702-000 | | $19,595.66 | $241,240.44 |
| 04/06/17 | 318 | A & R Engineering<br>2160 Kingston Ct., Ste. O<br>Marietta, Ga 30067 | Final distribution to claim 1 representing a payment of 18.59 % per court order. | 7100-000 | | $1,544.35 | $239,696.09 |
| 04/06/17 | 319 | Paramount Engineering<br>120 North Mcdonough St.<br>Jonesboro, Ga 30236-3642 | Final distribution to claim 2 representing a payment of 18.59 % per court order. | 7100-000 | | $1,711.75 | $237,984.34 |
| 04/06/17 | 320 | Lost Lake Builders, Inc.<br>C/O David J. Hungeling, Esq.<br>1718 Peachtree St., Ste. 599<br>Atlanta, Ga 30309 | Final distribution to claim 3 representing a payment of 18.59 % per court order. | 7100-000 | | $3,159.74 | $234,824.60 |
| 04/06/17 | 321 | Fbl Enterprises, Inc.<br>C/O David J. Hungeling, Esq.<br>1718 Peachtree St., Ste. 599<br>Atlanta, Ga 30309 | Final distribution to claim 4 representing a payment of 18.59 % per court order. | 7100-000 | | $120,813.66 | $114,010.94 |
| 04/06/17 | 322 | Rbc Centura Bank N/K/A Rbc Bank (Usa)<br>C/O Denise D. Dell-Powell, Esq.<br>Akerman Senterfitt<br>420 S. Orange Avenue, Suite 1200<br>Orlando, Fl 32801 | Final distribution to claim 5 representing a payment of 18.59 % per court order. | 7100-000 | | $113,756.21 | $254.73 |
| 04/06/17 | 323 | Diverse Power<br>1400 South Davis Road<br>Lagrange, Ga 30241-6112 | Final distribution to claim 6 representing a payment of 18.59 % per court order. | 7100-000 | | $55.65 | $199.08 |

Page Subtotals:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00　　　$306,648.32

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-10012 | Trustee Name: JAMES G. BAKER | |
| Case Name: ENVISION LAGRANGE LLC | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX3763 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX8765 | Blanket Bond (per case limit): $30,390,000.00 | |
| For Period Ending: 05/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/17 | 324 | Esteb & Associates, Llc<br>Po Box 2324<br>Newnan, Ga 30264 | Final distribution to claim 7 representing a payment of 18.59 % per court order. | 7100-000 | | $199.08 | $0.00 |
| 08/25/17 | 322 | Rbc Centura Bank N/K/A Rbc Bank (Usa)<br>C/O Denise D. Dell-Powell, Esq.<br>Akerman Senterfitt<br>420 S. Orange Avenue, Suite 1200<br>Orlando, Fl 32801 | Final distribution to claim 5 representing a payment of 18.59 % per court order. Reversal | 7100-000 | | ($113,756.21) | $113,756.21 |
| 08/28/17 | 325 | Rbc Centura Bank N/K/A Rbc Bank (Usa)<br>Denise Dell-Powell<br>Burr Forman<br>200 South Orange Avenue, Suite 800<br>Orlando, FL  32801 | claim no. 5-1 | 7100-000 | | $113,756.21 | $0.00 |
| 03/30/18 | 325 | Rbc Centura Bank N/K/A Rbc Bank (Usa)<br>Denise Dell-Powell<br>Burr Forman<br>200 South Orange Avenue, Suite 800<br>Orlando, FL  32801 | claim no. 5-1 Reversal | 7100-000 | | ($113,756.21) | $113,756.21 |
| 04/03/18 | 326 | Clerk, United States Bankruptcy Court<br>1340 Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | Remit to Court Disbursement, Claim #5-1, RBC Centura Bank | 7100-001 | | $113,756.21 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $726,577.60 | $726,577.60 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $726,577.60 | $726,577.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $726,577.60 | $726,577.60 |

Page Subtotals:    $0.00    $199.08

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3763 - Checking Account | $726,577.60 | $726,577.60 | $0.00 |
|  | $726,577.60 | $726,577.60 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $726,577.60 |
| Total Gross Receipts: | $726,577.60 |

Page Subtotals:   $0.00   $0.00